IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Sherman L

Printed: 4/8/08

Case Number: 07 B 06848
Judge: Goldgar, A. Benjamin
Filed: 4/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: April 4, 2008
Confirmed: July 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,045.00 |  |
| Secured: |  | 5,120.57 |
| Unsecured: |  | 0.00 |
| Priority: |  | 293.00 |
| Administrative: |  | 1,251.00 |
| Trustee Fee: |  | 380.43 |
| Other Funds: |  | 0.00 |
| Totals: | 7,045.00 | 7,045.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,251.00 | 1,251.00 |
| 2. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 3. | ISPC | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 15,184.14 | 1,465.00 |
| 5. | JP Morgan Chase Bank | Secured | 13,500.82 | 1,800.00 |
| 6. | Eastern Savings Bank | Secured | 27,687.19 | 1,855.57 |
| 7. | Illinois Dept of Revenue | Priority | 1,393.42 | 0.00 |
| 8. | Internal Revenue Service | Priority | 5,282.58 | 293.00 |
| 9. | Jefferson Capital | Unsecured | 837.04 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 1,934.84 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 2,271.54 | 0.00 |
| 12. | Capital One | Unsecured | 1,118.39 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 1,904.05 | 0.00 |
| 14. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 15. | Palisades Acquisition LLC | Unsecured |  | No Claim Filed |
|  |  |  | $ 72,365.01 | $ 6,664.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 380.43 |
|  | $ 380.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Jones, Sherman L | Case Number:  07 B 06848 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/8/08 | Filed:  4/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

